CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 19 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
DECEMBER 2019 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:19-cr-00081 |
| | ) | |
| | ) | **SUPERSEDING INDICTMENT** |
| v. | ) | |
| | ) | **In Violation of:** |
| | ) | |
| AMINEE JEWELL DAVENPORT, and | ) | 21 U.S.C. § 846 |
| ANTHONY BRIAN BARNETT | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |

## COUNT ONE

The Grand Jury charges:

1. That beginning not later than December 2018 and continuing through on or about August 2019, in the Western District of Virginia, the defendants, AMINEE JEWELL DAVENPORT and ANTHONY BRIAN BARNETT, did knowingly and intentionally combine, conspire, confederate and agree, with each other and with persons known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute the following controlled substances, to wit:

(a)   500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A);

(b)   500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II substance, in violation of Title 21, United States Code,

1

Sections 841(a)(1) and (b)(1)(B); and

  (c) 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

  2. Before the defendant, ANTHONY BRIAN BARNETT, committed the offense charged in this count, he was convicted of a serious violent felony; to wit, a conviction under Virginia Code Annotated, Section 18.2-51, for which he served more than 12 months of imprisonment.

  3. All in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A) and (b)(1)(B).

## COUNT TWO

The Grand Jury further charges:

  1. That on or about July 24, 2019, in the Western District of Virginia, the defendant, AMINEE JEWELL DAVENPORT, did knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

  2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

The Grand Jury further charges:

  1. That on or about August 1, 2019, in the Western District of Virginia, the

defendant, AMINEE JEWELL DAVENPORT, did knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

The Grand Jury further charges:

1. That on or about August 7, 2019, in the Western District of Virginia, the defendant, AMINEE JEWELL DAVENPORT, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT FIVE

The Grand Jury further charges:

1. That on or about August 7, 2019, in the Western District of Virginia, the defendant, AMINEE JEWELL DAVENPORT, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT SIX

The Grand Jury further charges:

1. That on or about August 7, 2019, in the Western District of Virginia, the defendant, AMINEE JEWELL DAVENPORT, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this charging document, the defendants, AMINEE JEWELL DAVENPORT and ANTHONY BRIAN BARNETT, shall forfeit to the United States:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. **U.S. Currency**

    Not less than $19,340.00 in U.S. Currency and all interest and proceeds traceable thereto, in that such sum in the aggregate was obtained directly or indirectly as a result of the aforestated offenses, or is traceable to such

property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

 a. cannot be located upon the exercise of due diligence;
 b. has been transferred or sold to, or deposited with a third person;
 c. has been placed beyond the jurisdiction of the Court;
 d. has been substantially diminished in value; or
 e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this __19__ day of December, 2019.

/s/ *Grand Jury Foreperson*
FOREPERSON

FOR THOMAS T. CULLEN
UNITED STATES ATTORNEY