IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) Cr. No. 7:19-CR-00081 |
| | ) |
| ANTHONY BRIAN BARNETT, | ) |
| | ) |
| Defendant. | ) |

### **MOTION FOR DISCLOSURE OF EXPERT EVIDENCE**

COMES NOW the Defendant, by counsel, and respectfully requests pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure that the government disclose to him a written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial, including a description of the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications.

            Respectfully submitted,
            ANTHONY BRIAN BARNETT

            By: s/*Anthony F. Anderson*
              Counsel

1

Anthony F. Anderson, VSB #21345
Melissa W. Friedman, VSB #27277
Anderson & Friedman
1102 Second Street S.W.
P. O. Box 1525 (mailing address)
Roanoke, Virginia   24007
(540) 982-1525 - office
(540) 982-1539 – facsimile
afa@afalaw.com
mqwfriedman@afalaw.com
  Counsel for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that this 20th day of August, 2020, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification and a copy of such filing to all counsel of record including the following:

Kari Kristina Munro, Esquire
Assistant United States Attorneys
United States Attorney's Office
310 First Street S.W. Room 906
Roanoke, Virginia 24008
(540)857-2907
Kari.munri@usdoj.gov

        s/*Anthony F. Anderson*
         Counsel for Defendant