# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          Criminal No. 7:19-CR-00081

**AMINEE JEWEL DAVENPORT, et al**

    **Defendants.**

## ORDER

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, counsel for the United States is reminded of its disclosure obligation to produce evidence that is favorable to the defendant and material either to guilt or punishment as required by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny. Failure to adhere to this requirement may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings or sanctions by the Court.

Enter:  January 8, 2021

*/s/ Elizabeth K. Dillon*
United States District Court Judge